■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL MARRANT, Appellant. [700 NYS2d 837] —Judgment, Supreme Court, New York County (Bruce Allen, J.), rendered February 4, 1998, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession in the seventh degree, and sentencing him, as a second felony offender, to concurrent terms of 4½ to 9 years and 1 year, respectively, unanimously affirmed.

By declining to join in his codefendant's severance motion, defendant waived his present claim that the court's ruling on the codefendant's *Sandoval* application unduly restricted defendant's ability to cross-examine the codefendant (*People v McGee*, 68 NY2d 328, 333-334). In any event, the limitations on cross-examination did not deprive defendant of a fair trial (*see, People v Williams*, 142 AD2d 310, *lv denied* 73 NY2d 1023). Concur—Rosenberger, J. P., Williams, Lerner, Andrias and Friedman, JJ.

■ In the Matter of JABAZZ P., a Person Alleged to be a Juvenile Delinquent, Appellant. [700 NYS2d 837] —Order, Family Court, Bronx County (Ruth Zuckerman, J.), entered May 19, 1998, unanimously affirmed, without costs.

Application by appellant's counsel to withdraw as counsel is granted (*see, Matter of Louise Wise Servs.*, 131 AD2d 306). We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal. Concur—Rosenberger, J. P., Williams, Lerner, Andrias and Friedman, JJ.